SLR:LDM
F#: 2011V02243

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------ X
UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

ALL FUNDS ON DEPOSIT AT:

CITIBANK ACCOUNT NO. 9985349522,
HELD IN THE NAME OF SHYMNUR
TRADE INC., UP TO AND INCLUDING
THE SUM OF $799,500.92;

BANK OF AMERICA ACCOUNT NO.
483030420439, HELD IN THE NAME OF
SHYMNUR TRADE INC., UP TO AND
INCLUDING THE SUM OF $885,547.19;

BANK OF AMERICA ACCOUNT NO.
483024302437, HELD IN THE NAME OF
NURKEN NURGALIULY,UP TO AND
INCLUDING THE SUM OF $872.96; AND

BANK OF AMERICA ACCOUNT NO.
483041600125, HELD IN THE NAME OF
HUSAN UZAHODJAEV, UP TO AND
INCLUDING THE SUM OF $880,996.77,

                    Defendants in rem.
------------------------------ X

STIPULATION AND ORDER
WITHDRAWING VERIFIED
CLAIM WITH PREJUDICE

Civil Action No.
11-CV-5264

(Cogan, J.)

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff UNITED STATES OF AMERICA and KAMIL KAMZAGALIEV ("Claimant"), through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Claimant hereby withdraws his Verified Claim to the Defendant Funds with prejudice and without attorney's fees or costs to any person or entity.

Dated: Kew Gardens, New York  
      March __ , 2012

    JAY S. MARKOWITZ  
    Attorney for Claimant Kamil Kamzagaliev  
    Law Offices of Jay S. Markowitz, P.C.  
    159-16 Union Turnpike, Suite 301  
    Fresh Meadows, New York 11366

By: _____  
    JAY S. MARKOWITZ  
    (718) 468-0068

Dated: Brooklyn, New York  
      March 13, 2012

    LORETTA E. LYNCH  
    United States Attorney  
    Eastern District of New York  
    Attorney for Plaintiff  
    271 Cadman Plaza East  
    Brooklyn, NY 11201

By: _____  
    LAURA D. MANTELL  
    Assistant United States Attorney  
    (718) 254-6253

SO ORDERED:

Dated: Brooklyn, New York  
    3/14, 2012

s/BMC  
_____  
HONORABLE BRIAN M. COGAN  
UNITED STATES DISTRICT JUDGE